# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECHNOLOGY INNOVATIONS ASSOCIATES, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>HTC CORP., et al.,<br><br>                    Defendants. | C.A. No. 13-348-LPS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Technology Innovations Associates, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant HTC Corp. and HTC America, Inc. (collectively, "Defendants") to respond to the Complaint filed in this matter until April 26, 2013. The grounds for this motion are that Defendants have requested this additional time, and Plaintiff has agreed, to allow Defendants to investigate the claims asserted against Defendants and prepare an appropriate response.

| | |
|---|---|
| April 3, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Stephen B. Brauerman (sb4952)<br>Richard D. Kirk (rk0922) |
| Paul V. Storm | Stephen B. Brauerman (sb4952) |
| Sarah M. Paxson | Vanessa R. Tiradentes (vt5398) |
| GARDERE WYNNE SEWELL LLP | 222 Delaware Avenue, Suite 900 |
| 1601 Elm Street, Suite 3000 | Wilmington, DE 19801 |
| Dallas, Texas 75201 | (302) 655-5000 |
| (214) 999-3000 | rkirk@bayardlaw.com |
| pvstorm@gardere.com | sbrauerman@bayardlaw.com |
| spaxson@gardere.com | vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff Technology Innovations Associates, LLC* |

IT IS SO ORDERED this _____ day of _____, 2013.

                                                                       _____
                                                                       United States District Judge